**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS UNITED, | ) | |
| 1006 Pennsylvania Avenue, S.E. | ) | |
| Washington, DC 20003 | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-cv-1031 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF STATE, | ) | |
| 2201 C Street, N.W. | ) | |
| Washington, D.C. 20520 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT**

Plaintiff Citizens United brings this action against Defendant the United States

Department of State ("State Department") to compel compliance with the Freedom of

Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiff alleges the following:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

**PARTIES**

3.      Plaintiff Citizens United is a Virginia non-stock corporation with its principal

place of business in Washington, D.C.  Citizens United is organized and operated as a non-profit

membership organization that is exempt from federal income taxes under Section 501(c)(4) of

the U.S. Internal Revenue Code.  Citizens United seeks to promote social welfare through

informing and educating the public on conservative ideas and positions in issues, including

national defense, the free enterprise system, belief in God, and the family as the basic unit of

society.  In furtherance of those ends Citizens United produces and distributes documentary films

on matters of public importance.  Citizens United regularly requests access to the public records

of federal government agencies, entities, and offices, to disseminate its findings to the public

through its documentary films.

4.      Defendant, the United States Department of State, is an agency of the United

States Government and is headquartered at 2201 C Street N.W., Washington, D.C. 20520.

Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      Citizens United routinely submits Freedom of Information Act requests and this

matter concerns two FOIA request letters that Defendant has failed to respond to.

6.      Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to

Citizens United's FOIA requests within twenty working days of each request.

7.      With regard to each of Citizens United's FOIA requests, the statutory deadline

has passed and Defendant has failed to provide a substantive response to any of Citizens

United's FOIA requests.  In fact, as of the date of this Complaint Defendant has failed to produce

a single responsive record or assert any claims that responsive records are exempt from

production.

8.      Ten months have passed since Defendant received Citizens United's FOIA

requests.  Citizens United has worked with the Defendant to narrow the scope of its FOIA

requests.  Despite these efforts to simplify the search, Defendant has not indicated whether or

when any responsive records will be produced.  In short, Defendant has failed to comply with

Citizens United's requests for documents.

9.      When left to their own devices State Department bureaucrats have taken over three years to respond to Citizens United's FOIA requests.  *See Eg.* Exhibit A (FOIA Response Letter).  Such extensive delays are in clear violation of both the letter and the spirit of the Freedom of Information Act.

10.      Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i) Citizens United is deemed to have fully exhausted any and all administrative remedies with respect to its FOIA requests.  5 U.S.C. § 552(a)(6)(C).

**A.      CITIZENS UNITED'S AUGUST 8, 2014 FOIA REQUEST (CORRESPONDENCE REGARDING PROCUREMENT INSTRUMENTS SAQMMA10D0104 AND SAQMMA11C0039), F-2014-14544**

11.      On August 8, 2014 Citizens United submitted a FOIA request, online, to Defendant.  *See* Exhibit B (FOIA Request Letter).  The request sought:

> Any and all correspondence exchanged between an employee, staff member or representative of the State Department and an employee, staff member, owner or representative including federal lobbyists of DLA Piper Global Law Firm, commonly referred to as DLA Piper, and/or Triple Canopy, Inc., concerning or referencing State Department contracts with the procurement instrument identifier SAQMMA10D0104 or SAQMMA11C0039. Please release all reasonably segregable material.

12.      Citizens United limited its request to responsive records created between April 1, 2010 and June 30, 2011.

13.      Citizens United, as a member of the media, requested expedited processing of this FOIA request.

14.      Defendant acknowledged receipt of Citizens United's FOIA request and assigned it Case Control Number F-2014-14544, in a letter dated August 25, 2014.  *See* Exhibit C (FOIA Acknowledgement Letter).

15.     On October 7, 2014 Defendant requested that Citizens United revise its FOIA

request with the goal of "simplifying the Citizens United request." *See* Exhibit D (State

Department Email Correspondence).

16.     On October 7, 2014 Citizens United responded to Defendant and agreed to limit

its request.  *See* Exhibit D.  The revised request was limited as follows:

> Any and all correspondence, in any format, exchanged between an employee,
> staff member or representative of the following: Office of the Secretary; Office of
> the Deputy Secretary for Management and Resources; Office of Policy Planning;
> Bureau of Administration, Office of Acquisitions Management; Bureau of
> Diplomatic Security, High Threat Protection Division; or Patrick F. Kennedy,
> Under Secretary of State for Management and an employee, staff member, federal
> lobbyist, owner, or representative of DLA Piper Global Law Firm, commonly
> referred to as DLA Piper, and/or Triple Canopy, Inc., concerning or referencing
> State Department  contracts with the procurement instrument identifiers
> SAQMMA10D0104 or SAQMMA11C0039.  This FOIA Request does not seek
> correspondence that exclusively pertains to the administration or execution of the
> aforementioned contracts.  Please release all reasonably segregable material.

17.     As of the date of this Complaint, Defendant has failed to produce any records

responsive to Citizens United's August 8, 2014 FOIA request or assert any claims that

responsive records are exempt from production.

## B.     CITIZENS UNITED'S AUGUST 8, 2014 FOIA REQUEST (DLA PIPER MEETINGS), F-2014-14546

18.     On August 8, 2014 Citizens United submitted a FOIA request, online, to

Defendant.  *See* Exhibit E (FOIA Request Letter).  The request sought:

> Any and all meeting logs or scheduling documents, in any format, that reference a
> State Department employee, staff member or representative meeting, or present at
> the same venue, with an employee, staff member, owner or a representative
> including federal lobbyists of Triple Canopy, Inc. or/and DLA Piper Global Law
> Firm, commonly referred to as DLA Piper. Please release all reasonably
> segregable material.

19.     Citizens United limited its request to responsive records created between April 1,

2010 and June 30, 2011.

20.     Citizens United, as a member of the media, requested expedited processing of this FOIA request.

21.     Defendant acknowledged receipt of Citizens United's FOIA request and assigned it Case Control Number F-2014-14546, in a letter dated August 25, 2014.  *See* Exhibit F (FOIA Acknowledgement Letter).

22.     On October 7, 2014 Defendant requested that Citizens United revise its FOIA request with the goal of "simplifying the Citizens United request." *See* Exhibit D.

23.     On October 7, 2014 Citizens United responded to Defendant and agreed to limit its request for meeting logs and scheduling documents.  *See* Exhibit F.  The revised request was limited as follows:

> Any and all correspondence, in any format, exchanged between an employee, staff member or representative of the following: Office of the Secretary; Office of the Deputy Secretary for Management and Resources; Office of Policy Planning; Bureau of Administration, Office of Acquisitions Management; Bureau of Diplomatic Security, High Threat Protection Division; or Patrick F. Kennedy, Under Secretary of State for Management and an employee, staff member, federal lobbyist, owner, or representative of DLA Piper Global Law Firm, commonly referred to as DLA Piper, and/or Triple Canopy, Inc., concerning or referencing State Department  contracts with the procurement instrument identifiers SAQMMA10D0104 or SAQMMA11C0039.  This FOIA Request does not seek correspondence that exclusively pertains to the administration or execution of the aforementioned contracts.  Please release all reasonably segregable material.

24.     As of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's August 8, 2014 FOIA request or assert any claims that responsive records are exempt from production.

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

25.     Plaintiff realleges paragraphs 1 through 24 as though fully set forth herein.

26.     Defendant has failed to make a determination regarding Citizens United's August 8, 2014 FOIA request (F-2014-14544) for records regarding procurement instruments SAQMMA10D0104 and SAQMMA11C0039 within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

27.     Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

### COUNT 2
### (Violation of FOIA, 5 U.S.C. § 552)

28.     Plaintiff realleges paragraphs 1 through 27 as though fully set forth herein.

29.     Defendant has failed to make a determination regarding Citizens United's August 8, 2014 FOIA request (F-2014-14546) for records regarding correspondence with DLA Piper within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

30.     Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

### PRAYER FOR RELIEF

31.     WHEREFORE, Plaintiff Citizens United requests that the Court grant all appropriate relief for the violation alleged above, including:

a.      An order and judgment requiring the Defendant to conduct a search for any and all responsive records to Citizens United's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Citizens United's requests;

b.      An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to Citizens United's FOIA requests and a *Vaughn* index of any responsive records withheld under claim of exemption;

c.      An order and judgment permanently enjoining Defendants from continuing to withhold any and all non-exempt records responsive to Citizens United's FOIA requests;

d.      Attorneys' fees and costs pursuant to any applicable statute or authority, including 5. U.S.C. § 552(a)(4)(E); and

e.      Any other relief that this Court in its discretion deems just and proper.

Dated: July 1, 2015                                                    Respectfully submitted,

                                                                       CITIZENS UNITED

                                                                       */s/ Ralph Christian Berg*
                                                                       Ralph Christian Berg
                                                                       D.C. Bar No. 496321
                                                                       chris@chrisberglaw.com
                                                                       1006 Pennsylvania Avenue, S.E.
                                                                       Washington, DC 20003
                                                                       (202) 547-5420

                                                                       *Attorney for Plaintiff*