# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br>*Defendant*. | No. 1:15-cv-1031 (EGS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Citizens United and Defendant United States Department of State hereby stipulate that the above-captioned case is dismissed without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 8, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

/s/ Elisabeth Layton
Elisabeth Layton (D.C. Bar No. 462227)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-3183
Elisabeth.Layton@usdoj.gov

*Counsel for Defendant*

Respectfully submitted,

/s/ Matthew D. McGill
Matthew D. McGill (D.C. Bar No. 481430)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9662
mmcgill@gibsondunn.com

*Counsel for Plaintiff Citizens United*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, I filed the foregoing Stipulation of Dismissal using the Court's CM/ECF system, which will send a notice of the filing to all counsel of record.

/s/ Matthew D. McGill